### No. 2675.—John B. Slawson *v.* John Meggett et al.

The Supreme Court has no jurisdiction of a possessory action in which (the ownership of the property not being in dispute), the value of the possession is neither alleged nor proved to exceed $500.

APPEAL from Seventh District Court, parish of Orleans. *Collens,* J. *E. H. McCaleb,* for plaintiff and appellee. *Randolph, Singleton & Browne,* for defendants and appellants.

Howe, J. A motion has been made to dismiss this appeal on the ground that the amount in dispute does not exceed the sum of five hundred dollars.

The suit is a possessory action, brought to recover firstly, possession of certain immovable property, and secondly, rent of the same from

November 15, 1868, to the time of restoration, at the rate of thirty dollars a month. The ownership of the property is not in dispute, and the value of the possession, which is in controversy, is neither alleged nor proved to exceed $500. The claim for rent, at the utmost, is $420, and the judgment, therefor, was $40.

For these reasons it is ordered that the appeal herein be dismissed, with costs.

Rehearing refused.